Brandye Foreman, #277110
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive Second Floor
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax

Attorneys for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Loretta Birmingham,<br><br>Debtor. | Bankruptcy Case No. 15-52244<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>MEETING OF CREDITORS:<br>DATE: August 24, 2015<br>TIME: 9:30 AM<br>PLACE: San Jose Room 130<br><br>CONFIRMATION HEARING:<br>DATE: September 11, 2015<br>TIME: 9:55 AM<br>CTRM: 3020 |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S ATTORNEY:**

  Bank of America, N.A. ("BANA") is the holder of a secured claim recorded against property in which the Debtor claims an interest. BANA is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

  BANA is the holder of a claim secured only by a security interest in real property commonly known as 1050 Ortega Circ., Gilroy, CA 95020. The total amount due and owing under the Promissory Note is approximately $412,601.39 and the pre-petition arrearage amount owed is approximately $2,542.79. Section 1322(b)(2) of the U.S. Bankruptcy Code provides, in relevant part,

as follows:

> (b) Subject to subsections (a) and (c) of this section, the plan may--
>
> . . .
>
> (5) notwithstanding paragraph (2) of this subsection, provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due; . . .

The Debtor's Plan does not propose to cure the pre-petition arrears owed to BANA. Therefore, the Plan does not comply with § 1322(b)(5).

Based on the foregoing, BANA respectfully requests that the Court deny confirmation on the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for full payment of BANA's pre-petition arrearages.

DATED: August 24, 2015             Respectfully Submitted,

                                   MALCOLM ♦ CISNEROS, A Law Corporation

                                   /s/ Brandye Foreman
                                   Brandye Foreman,
                                   Attorneys for Bank of America, N.A.

# PROOF OF SERVICE

STATE OF CALIFORNIA

ss.

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, CA 92612.

On August 24, 2015, I served the following document described as OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California (and via telecopy or overnight mail where indicated), addressed as follows:

**DEBTOR**
Loretta Birmingham
1565 E. Middle Ave
San Martin, CA 95046

**DEBTOR'S ATTORNEY**
Charles B Greene
84 W Santa Clara St. #800
San Jose, CA 95113

**CHAPTER 13 TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 24, 2015 at Irvine, California.

*/s/Michael Levine*