Brandye Foreman, #277110
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

Attorneys for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Loretta Birmingham<br><br>Debtor. | Bankruptcy Case No. 15-52244<br><br>Chapter 13<br><br>**BANK OF AMERICA, N.A.'S UNILATERAL PRECONFIRMATION HEARING STATEMENT**<br><br>CONFIRMATION HEARING:<br>DATE: September 11, 2015<br>TIME: 9:55 AM<br>CTRM: 3020 |

TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S ATTORNEY:

    Bank of America, N.A. ("BANA"), hereby files this Statement of Case Status regarding the Debtor's Bankruptcy Case.

1. On August 24, 2015, Counsel for BANA filed an Objection to the Debtor's Chapter 13 Plan. The Plan does not provide for the curing of the pre-petition arrears owed to BANA.

2. BANA's Proof of Claim is currently being processed.

3. On September 2, 2015, Counsel for BANA contacted Debtor's Counsel via email to

inquire about an Amended Plan to resolve BANA's objection.

DATED: September 3, 2015

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

/s/*Brandye Foreman*
Brandye Foreman
Attorney for Bank of America, N.A.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On September 3, 2015, I served the following document described as **BANK OF AMERICA, N.A.'S UNILATERAL PRECONFIRMATION HEARING STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

**DEBTOR**
Loretta Birmingham
1565 E. Middle Ave.
San Martin, CA 95046

**DEBTOR'S ATTORNEY**
Charles B Greene
84 W Santa Clara St. #800
San Jose, CA 95113

**CHAPTER 13 TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 3, 2015 at Irvine, California.

/s/*Michael Levine*
MICHAEL LEVINE